UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 24483
    SABRINA MICHELLE BUTLER
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-3349

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/16/08 .

    2.  The case was dismissed without confirmation, 02/06/2009.

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACC CONSUMER FINANCE | SECURED VEHIC | 1300.00 | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AAA CHECKMATE | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST BOLINGBROOK ME | UNSECURED | NOT FILED | .00 | .00 |
| CMK INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| ALLARD RENTAL CORPORATIO | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| BLACK EXPRESSIONS | UNSECURED | NOT FILED | .00 | .00 |
| BRISTOL WEST INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CLERK OF CIRCUIT COURT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT SOLUTIONS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| DEVRY INC | UNSECURED | NOT FILED | .00 | .00 |
| DISNEY MOVIE CLUB | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| PROTOCOL RECOVERY SRVS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| GENESIS FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| MEDCLR INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| META BANK | UNSECURED | NOT FILED | .00 | .00 |

```
MIDWEST SAVERS MH          UNSECURED    NOT FILED            .00            .00
NICOR GAS                  UNSECURED    NOT FILED            .00            .00
NATIONAL CREDITOR ADJUST   UNSECURED    NOT FILED            .00            .00
ARROW FINANCIAL SERVICES   UNSECURED    NOT FILED            .00            .00
ALLIED INTERSTATE          UNSECURED    NOT FILED            .00            .00
SECURITY FINANCIAL         UNSECURED    NOT FILED            .00            .00
SIR FINANCE                UNSECURED    NOT FILED            .00            .00
SPRINT NEXTEL              UNSECURED    NOT FILED            .00            .00
AMERICAN COLLECTION        UNSECURED    NOT FILED            .00            .00
THE CASH STORE             UNSECURED    NOT FILED            .00            .00
TRIBUTE GOLD MASTERCARD    UNSECURED    NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED    NOT FILED            .00            .00
WACHOVIA BANK              UNSECURED    NOT FILED            .00            .00
ER SOLUTIONS INC           UNSECURED    NOT FILED            .00            .00
CREDIT MANAGEMENT SERVIC   UNSECURED    NOT FILED            .00            .00
```
        Summary of disbursements:
------------------------------------------------------------------------------

                 SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
```
TOTAL CLMS ALLOWED   1300.00        .00          .00          .00     1300.00
PRINCIPAL PAID           .00        .00          .00          .00          .00
INTEREST PAID            .00        .00          .00          .00          .00
TOTAL PAID               .00        .00          .00          .00          .00
```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $        .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $         .00 .




        Dated: 03/11/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                        PAGE  3
CASE NO. 08 B 24483 SABRINA MICHELLE BUTLER
```